UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY WILLIAM KESSLER,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO CITY POLICE DEPARTMENT, et al,<br><br>Defendants. | No. 2:16-cv-01930-GEB-AC<br><br><br>ORDER |

The court is in receipt of defendants' Motion for Terminating Sanctions, currently set for hearing on November 1, 2017. ECF No. 17. Plaintiff appears to be incarcerated. ECF No. 17-2 at ¶5. Due to plaintiff's incarceration, the court will consider defendant's motion on the papers; plaintiff should file his response or statement of non-response in writing, and defendant should submit its reply in writing.

The court hereby ORDERS:

1. The November 1, 2017 hearing on defendant's motion to compel (ECF No. 17) is VACATED; and
2. Plaintiff shall respond to defendant's motion or file a statement of non-opposition, in writing, by November 1, 2017. Defendants' reply brief is due November 8, 2017. If

////

1

plaintiff does not file any statement, the court will construe it as plaintiff's non-opposition to defendant's motion.

IT IS SO ORDERED.

DATED: October 13, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE