UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WESLEY WILLIAM KESSLER, | No. 2:16-cv-01930-GEB-AC |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| SACRAMENTO CITY POLICE DEPARTMENT, et al, | |
| Defendants. | |

The court is in receipt of plaintiff's motion for an extension of time. ECF No. 19. Plaintiff is incarcerated. Id. at 1. Plaintiff's motion asks for a general extension of "all deadlines or scheduled dates" due to plaintiff's alleged difficulty accessing the law library. Id. at 2. While the court does not give general extensions, the court construes plaintiff's motion as a request for an extension of the only pending deadline in this case, which is the deadline to respond to defendant's motion for terminating sanctions. ECF No. 17. Plaintiff's deadline to respond, which is currently set for November 1, 2017, will be extended to December 6, 2017.

The court hereby ORDERS:

1. The November 1, 2017 deadline for plaintiff to respond to defendant's motion for terminating sanctions (ECF No. 17) is reset to December 6, 2017;

2. Defendant's reply brief is due December 13, 2017; and

////

1

3. If plaintiff does not file any statement in response to defendant's motion, the court will construe plaintiff's lack of response as non-opposition to defendant's motion.

IT IS SO ORDERED.

DATED: October 17, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE