UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY WILLIAM KESSLER, | No. 2:16-cv-01930-GEB-AC |
| Plaintiffs, | |
| v. | ORDER |
| SACRAMENTO CITY POLICE DEPARTMENT, et al, | |
| Defendants. | |

The court is in receipt of plaintiff's second motion to appoint counsel. ECF No. 27. Plaintiff is incarcerated, and is bringing his civil rights case under 42 U.S.C. § 1983 as a self-represented litigant proceeding in forma pauperis. ECF No. 1, 2, 5 and 20.

Plaintiff filed an initial motion to appoint counsel, which was denied by this court. ECF Nos. 20 and 22. Plaintiff's second motion does not provide any information that alters this court's previous analysis. Compare ECF Nos. 20 and 27. Plaintiff's second motion to appoint counsel (ECF No. 27) is DENIED.

IT IS SO ORDERED.

DATED: October 30, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE