UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY WILLIAM KESSLER, | No. 2:16-cv-01930-GEB-AC |
| Plaintiff, | |
| v. | ORDER |
| HIGHT, | |
| Defendant. | |

The court is in receipt of defendant Height's motion for summary judgment. ECF No. 36. In light of plaintiff's incarceration, the motion will be heard on the papers. If plaintiff wishes to respond, he must do so by January 17, 2018. Defendant's reply, if any, is due by January 24, 2018.

IT IS SO ORDERED.

DATED: January 3, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE