UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY WILLIAM KESSLER,<br><br>Plaintiff,<br><br>v.<br><br>HIGHT,<br><br>Defendant. | No. 2:16-cv-01930 GEB AC PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has requested an extension of time to respond to defendant's motion for summary judgment (ECF No. 36) on grounds that his location of incarceration restricts access to his legal documents. ECF No. 40. Plaintiff avers that he will not have access to his legal documents until after February 2, 2018. Id.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is GRANTED (ECF No. 40);
2. Plaintiff must file his response to defendant's motion no later than February 21, 2018. Defendant's reply, if any, is due no later than 7 days after plaintiff's response is filed.

////

////

3. If plaintiff fails to timely comply with this order, the undersigned may construe the lack of response as plaintiff's non-opposition to defendant's motion.

SO ORDERED.

DATED: January 18, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE